UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARL E. NORTON, SR.,

                      Plaintiff,

-vs-

ERIE COUNTY;
TIMOTHY B. HOWARD, in His Individual and
Official Capacity as Erie County Sheriff;
BRIAN DOYLE, in His Individual and Official
Capacity as Erie County Sheriff's Department
Administrative Chief or Under Sheriff;
JOHN DOE, in His Individual and Official
Capacity as First Deputy Superintendent of ECHC;
JOHN/JANE DOE(S), SERGEANTS(S), Erie County
Holding Center;
JOHN/JANE DOE(S), LIEUTENANT(S), Erie County
Holding Center;
JOHN/JANE DOE(S), DEPUTY SHERIFF(S), Erie County
Holding Center;
Erie County Deputy Sheriff Gavin;
Erie County Deputy Sheriff Boyce;
Erie County Deputy Sheriff VanderCort;
Erie County Deputy Sheriff Roman;
Erie County Deputy Sheriff Stevens;
Erie County Deputy Sheriff Allman;
Erie County Deputy Sheriff Klein;
JOHN/JANE DOE, Supervisor, Medical Staff, Erie County Holding
Center;
JOHN/JANE DOE(S), Medical Department Staff, Erie County
Holding Center,
                      Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

**13-CV-6355**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, with

prejudice, against each and every named defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Orchard Park, New York
August 17, 2017

Cheryl Meyers Buth, Esq.
*Attorney for Plaintiff Carl E. Norton, Sr.*
Meyers Buth Law Group, pllc
21 Princeton Place
Suite 105
Orchard Park, New York 14127

By: _____
Cheryl Meyers Buth, Esq.

Dated: Orchard Park, New York
August 18, 2017

Laurie A. Baker, Esq.
*Attorney for Plaintiff Carl E. Norton, Sr.*
Meyers Buth Law Group, pllc
21 Princeton Place
Suite 105
Orchard Park, New York 14127

By: _____
Laurie A. Baker, Esq.

Dated: Buffalo, New York
August 29, 2017

Jennifer Persico, Esq.
*Attorney for Defendants*
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza
Suite 1700
Buffalo, New York 14202

By: _____
Jennifer Persico, Esq.

SO ORDERED THIS 30th DAY OF Aug, 20 17

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

2